to appeal, upon defendant Marc Eidlitz & Son, Inc., filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

WILLIAM CHURCH OSBORN and Others v. JOHN P. O'BRIEN, as Mayor of the City of New York, and Others, Constituting the Board of Estimate and Apportionment of the City of New York.— Motion for leave to appeal to the Court of Appeals granted; questions certified. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [See 239 App. Div. 453.]

In the Matter of THE BANK OF UNITED STATES in Liquidation. In the Matter of the Application of the SUPERINTENDENT OF BANKS for a Determination of Priority of Payment of Claims Pursuant to Section 78 of the Banking Law — THE BOWERY SAVINGS BANK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ROYAL INDEMNITY COMPANY v. AMERICAN BONDING COMPANY OF BALTIMORE.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HARRY GOLD.— Motion for a reargument and for a resettlement denied. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE NEW YORK LIFE INSURANCE COMPANY v. JOHAR REALTY Co., INC., and Another, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

THE NEW YORK LIFE INSURANCE COMPANY v. JOHAR REALTY Co., INC., and Another, Impleaded, etc.— Motion for resettlement denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK v. 235 WEST 46TH STREET Co., INC.— JOSEPH A. GAVAGAN, Receiver.— Motion for reargument of appeal or for leave to reargue motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

DOROTHY KRATZ, an Infant, by ETHEL KRATZ, Her Guardian ad Litem, Respondent, Impleaded with WILLIAM KRATZ, JR., and WILLIAM KRATZ, Plaintiffs, v. JOSEPH H. FREEDLANDER, Appellant.*— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Martin, Townley and Glennon, JJ.; Martin, J., dissents and votes to reduce the verdict in favor of the infant plaintiff, Dorothy Kratz, to the sum of $15,000.

CHARLES F. EBERHART, Appellant, v. THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Respondent.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

ELSIE ARONSTEIN, Appellant, v. PENNSYLVANIA RAILROAD COMPANY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

FREDERICK C. McLAUGHLIN and Others, Respondents. v. LEE McCANLISS, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ. [146 Misc. 518.]

* Motion to dismiss appeal denied, 263 N. Y. 684; affd., 264 N. Y. 645.